MICHAEL WALKER, Respondent, *v.* SILVER AND GOLD REALTY CORPORATION, Appellant.

Supreme Court, Appellate Term, First Department, March 14, 1928.

**Trial — resubmission — court properly resubmitted case to jury so that verdict should correspond to charge.**

A verdict should correspond in form as well as in substance to the court's instructions and, therefore, it was proper to resubmit this case to the jury for that purpose.

APPEAL by defendant from an order of the Municipal Court, Borough of Manhattan, Seventh District, setting aside a verdict in favor of plaintiff in the sum of twelve dollars and eighty cents, and granting a new trial.

*Samuel Robert Weltz,* for the appellant.

*Charles Marks,* for the respondent.

PER CURIAM.   It was entirely proper for the trial court to resubmit the case to the jury so that its verdict should correspond in form as well as in substance to the court's instructions.   (*Rogan* v. *Mullins,* 22 App. Div. 117; *Rippley* v. *Frazer,* 69 Misc. 415.)

Order reversed, with thirty dollars costs, and verdict reinstated.

All concur; present, BIJUR, LEVY and CRAIN, JJ.